| | |
|---|---|
| 1 | **Bruce A. Neilson #096952** |
| | **7108 N. Fresno St. #190** |
| 2 | **Fresno, California  93720** |
| | **Telephone (559) 432-9831** |
| 3 | **Facsimile (559) 432-1837** |
| 4 | **Attorney for Defendants** |
| | Hardip Kaur and Kuldip Singh, dba |
| 5 | Parkway Mini Mart |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| RONALD MOORE, | CASE NO. 1:14-cv-00512-SAB |
| Plaintiff, | SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR HARDIP KAUR, individually and dba PARKWAY MINI MART and KULDIP SINGH, individually and dba PARKWAY MINI MART TO RESPOND TO COMPLAINT |
| vs. | |
| HARDIP KAUR, individually and dba PARKWAY MINI MART; KULDIP SINGH, individually and dba PARKWAY MINI MART; | |
| Defendants. | |

WHEREAS:

1.  Plaintiff Ronald Moore filed this action on April 11, 2014.

2.  This is the second request for an extension of time for Defendants HARDIP KAUR, individually and dba PARKWAY MINI MART and KULDIP SINGH, individually and dba PARKWAY MINI MART (collectively referred to "Defendants"). A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3.  Plaintiff and Defendants are in settlement negotiations at this time.

4.  Plaintiff has sent to Defendants a proposed settlement agreement for Defendants to review to settle this case.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until July 25, 2014, subject to the court's approval, and believe that the case can be settled within that time.

7. This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the time for Defendants HARDIP KAUR, individually and dba PARKWAY MINI MART and KULDIP SINGH, individually and dba PARKWAY MINI MART to answer or otherwise respond to the Complaint shall be extended up to and including July 25, 2014, pending court approval.

IT IS SO STIPULATED.

MOORE LAW FIRM, PC

Dated: June 30, 2014          /s/Tanya Moore
                              Tanya Moore, Attorney for Plaintiff Ronald Moore

Dated: June 30, 2014          /s/Bruce A. Neilson
                              Bruce A. Neilson, Attorney for Defendants Hardip
                              Kaur and Kuldip Singh, dba Parkway Mini Mart

IT IS SO ORDERED.

Dated: **July 1, 2014**

UNITED STATES MAGISTRATE JUDGE