**Bruce A. Neilson #096952**
**7108 N. Fresno St. #190**
**Fresno, California 93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Hardip Kaur and Kuldip Singh, dba
Parkway Mini Mart

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| RONALD MOORE, <br><br> Plaintiff, <br><br> vs. <br><br> HARDIP KAUR, individually and dba PARKWAY MINI MART; KULDIP SINGH, individually and dba PARKWAY MINI MART; <br><br> Defendants. | CASE NO. 1:14-cv-00512-SAB <br><br> STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE |

WHEREAS:

1. Plaintiff Ronald Moore filed this action on April 11, 2014.

2. Defendants and plaintiff have discussed settlement, the finalization of which requires a CASp report. Due to press of business of inspectors, the report has just been provided to defendants' counsel today (August 7, 2014), and while defendants have immediately provided the report to plaintiff's counsel, it is estimated it will take a couple of weeks to finalize a settlement, inasmuch as defendants' counsel will be out of his office until August 15, 2014. The parties are confident a settlement will be reached shortly thereafter.

3. Parties agree that settlement of this case would save valuable court time and resources.

NOW THEREFORE, Defendants through their attorney, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the mandatory scheduling conference in this

matter shall be continued to a date on or after September 16, 2014 at the Court's convenience, pending court approval.

IT IS SO STIPULATED.

Dated: August 7, 2014

MOORE LAW FIRM, PC
         /s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Ronald Moore

Dated: August 7, 2014

         /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
Hardip Kaur and Kuldip Singh, dba Parkway Mini Mart

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the mandatory scheduling conference in this action be continued from August 19, 2014 to September 23, 2014 at 3:00 pm in Courtroom 9 of the above entitled court.  A joint scheduling report shall be filed no later than seven (7) days prior to this date.

IT IS SO ORDERED.

Dated:  **August 8, 2014**

UNITED STATES MAGISTRATE JUDGE