# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>      v.<br><br>HARDIP KAUR, et al.,<br><br>            Defendants. | Case No.  1:14-cv-00512---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 14) |

Plaintiff Ronald Moore filed this action on April 11, 2014.  On September 16, 2014, the parties filed a notice of settlement.  (ECF No. 14.)  Pursuant to the parties' notice of settlement, the parties are HEREBY ordered to file dispositional documents by October 17, 2014.

IT IS SO ORDERED.

Dated:   **September 16, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1