Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>HARDIP KAUR, individually and dba PARKWAY MINI MART, et al.,<br><br>    Defendants. | No.  1:14-cv-00512---SAB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Hardip Kaur, individually and dba Parkway Mini Mart; and Kuldip Singh, individually and dba Parkway Mini Mart, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: September 22, 2014                    MOORE LAW FIRM, P.C.


                                                            */s/ Tanya E. Moore*
                                                            Tanya E. Moore
                                                            Attorneys for Plaintiff
                                                            Ronald Moore


                                                            */s/ Bruce A. Neilson*
                                                            Bruce A. Neilson
                                                            Attorney for Defendants
                                                            Hardip Kaur, individually and dba Parkway Mini
                                                            Mart; and Kuldip Singh, individually and dba
                                                            Parkway Mini Mart


**ORDER**

     The parties having so stipulated,

     IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.


IT IS SO ORDERED.

Dated:   **September 22, 2014**                    _____
                                                                      UNITED STATES MAGISTRATE JUDGE